REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Fax. (775)786-4160
rbruch@etsreno.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARI BOMBARD,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF TONOPAH and DOE Defendants I-X,<br><br>Defendants. | Case No. 3:19-cv-00719-RGJ-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant TOWN OF TONOPAH shall have an additional 30 days to file its response to Plaintiff's *Civil Complaint and Jury Demand* (ECF No. 1). REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD. accepted service on December 10, 2019. The response was originally due on Tuesday, December 31, 2019 and shall now be due on January 30, 2020.

[Remainder of page intentionally left blank.]

1

This request is made not as an attempt to delay but to allow Defendant time to fully prepare a response to the complaint.

RESPECTFULLY SUBMITTED this 10rd day of December, 2019.

By: /s/ Mark Mausert
    MARK MAUSERT, ESQ. (SBN 2398)
    729 Evans Avenue
    Reno, Nevada 89512
    Attorneys for Plaintiff

ERICKSON, THORPE & SWAINSTON, LTD

By: /s/ Rebecca Bruch
    REBECCA BRUCH, ESQ. (SBN 7289)
    99 West Arroyo Street
    Reno, Nevada 89509
    Attorneys for Defendant

## **ORDER**

Based on the above and forgoing stipulation and good cause appearing, it is hereby ORDERED that Defendant shall have until January 30, 2020 to file its response to Plaintiff's *Complaint and Jury Demand*.

Dated this 12th day of December, 2019.

_____
United States Magistrate Judge