1  REBECCA BRUCH, ESQ. (SBN 7289)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  99 W. Arroyo Street
   Reno, Nevada 89509
3  Tel. (775)786-3930
   Fax. (775)786-4160
4  rbruch@etsreno.com
   *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHARI BOMBARD,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF TONOPAH and DOE Defendants I-X,<br><br>Defendants. | Case No. 3:19-cv-00719-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant TOWN OF TONOPAH shall have an additional 15 days to file its response to Plaintiff's *Civil Complaint and Jury Demand* (ECF No. 1). REBECCA BRUCH, ESQ. of ERICKSON, THORPE & SWAINSTON, LTD. accepted service on December 10, 2019. The response was currently due on Friday, January 30, 2020 and shall now be due on February 14, 2020.

[Remainder of page intentionally left blank.]

1

This request is made not as an attempt to delay but to allow Defendant time to fully prepare a response to the complaint.

RESPECTFULLY SUBMITTED this 30th day of January, 2020.

By: /s/ Mark Mausert
    MARK MAUSERT, ESQ. (SBN 2398)
    729 Evans Avenue
    Reno, Nevada 89512
    Attorneys for Plaintiff


ERICKSON, THORPE & SWAINSTON, LTD


By: /s/ Rebecca Bruch
    REBECCA BRUCH, ESQ. (SBN 7289)
    99 West Arroyo Street
    Reno, Nevada 89509
    Attorneys for Defendant

## **ORDER**

Based on the above and forgoing stipulation and good cause appearing, it is hereby ORDERED that Defendant shall have until February 14, 2020 to file its response to Plaintiff's *Complaint and Jury Demand*.

Dated: January 30, 2020.

_____
United States Magistrate Judge