1  MARK MAUSERT
2  Nevada State Bar No. 2398
   729 Evans Avenue
3  Reno, Nevada 89512
   (775) 786-5477 Telephone
4  (775) 786-9658 Facsimile
   mark@markmausertlaw.com
5
6  *Attorney for Plaintiff*

7                    **UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF NEVADA**

9
    SHARI BOMBARD,                          **Case No.:** 3:19-cv-00719-WGC
10
                            Plaintiff,
11        vs.                                **STIPULATION AND ORDER**
                                             **FOR DISMISSAL WITH**
12  TOWN OF TONOPAH,                         **PREJUDICE**
13
                            Defendant.
14  _____/

15      Plaintiff, SHARI BOMBARD, and Defendant, TOWN OF TONOPAH, by and through their
16  respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire
17  action with prejudice.
18  ///
19  ///
20  ///
21  ///
22  ///
23  //
24  //
25  //
26  //
27
28

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 24th day of June, 2020.  
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert  
MARK MAUSERT  
729 Evans Avenue  
Reno, Nevada 89512  
*Attorney for Plaintiff*

DATED this 24th day of June, 2020.  
ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Rebecca Bruch  
REBECCA BRUCH  
99 W. Arroyo Street  
Reno, Nevada 89509  
*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: June 25, 2020.

_William G. Cobb_  
UNITED STATES MAGISTRATE JUDGE